IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**FELIX WALLS**  **PETITIONER**
Reg. #02414-112

v.   Case No. 2:18-cv-00136-KGB

**GENE BEASLEY**  **RESPONDENT**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, the Court dismisses petitioner Felix Walls' petition without prejudice and denies the requested relief.

So adjudged this the 11th day of April, 2019.

Kristine G. Baker
United States District Judge